# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 10-2189 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 12.) |
| FOUY CHAU, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.  DISMISSES this action with prejudice;

2.  VACATES all pending matters and dates; and

3.  DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 11, 2011**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE